■ EDWARD W. BOLLEN et al., Appellants, v CONSOLIDATED RAIL CORPORATION et al., Respondents.—Order, Supreme Court, New York County (Andrew Tyler, J.), entered on December 24, 1984, unanimously affirmed for the reasons stated by Andrew Tyler, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Carro, Fein and Ellerin, JJ.

■ In the Matter of the Arbitration between ALLCITY INSURANCE COMPANY, Respondent, and EVEREADY INSURANCE COMPANY, Appellant.—Order and judgment (one paper), Supreme Court, New York County (Robert White, J.), entered on or about June 17, 1985, unanimously affirmed for the reasons stated by Robert White, J., at Special Term. Petitioner-respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Fein and Ellerin, JJ.

■ In the Matter of DECKERS AND MACKELBERT, SPLR, et al., Appellants, v A.S.A. DIAMOND CORPORATION et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Alfred Ascione, J.), entered on April 25, 1985, unanimously affirmed, for the reasons stated by Ascione, J., at Special Term. Appellant shall recover of respondents $50 costs and disbursements of this appeal. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Wallach, JJ.